# UNITED STATES BANKRUPTCY COURT

CENTRAL   DISTRICT OF   CALIFORNIA

RIVERSIDE DISTRICT

| | | |
|---|---|---|
| In Re. Richard Gonzalez | § | Case No.  24-15353 |
| | § | |
| | § | |
| Debtor(s) | § | |
| | § | ☐ Jointly Administered |

## Monthly Operating Report
Chapter 11

Reporting Period Ended: 06/30/2025          Petition Date: 09/10/2024

Months Pending: 10          Industry Classification: 0 0 0 0

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael R Totaro

Signature of Responsible Party

07/04/2025

Date

Michael R. Totaro

Printed Name of Responsible Party

P.O. Box 789, Pacific Palisades, CA 90272

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Richard Gonzalez                                    Case No.  24-15353

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $5,516 | |
| b.   Total receipts (net of transfers between accounts) | $9,574 | $98,134 |
| c.   Total disbursements (net of transfers between accounts) | $13,356 | $96,361 |
| d.   Cash balance end of month (a+b-c) | $1,734 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $13,356 | $96,361 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $0 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.   Inventory    (Book ◯  Market ◯  Other ◉   (attach explanation)) | $0 | |
| d    Total current assets | $0 | |
| e.   Total assets | $0 | |
| f.   Postpetition payables (excluding taxes) | $0 | |
| g.   Postpetition payables past due (excluding taxes) | $0 | |
| h.   Postpetition taxes payable | $0 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $0 | |
| k.   Prepetition secured debt | $0 | |
| l.   Prepetition priority debt | $0 | |
| m.   Prepetition unsecured debt | $0 | |
| n.   Total liabilities (debt) (j+k+l+m) | $0 | |
| o.   Ending equity/net worth (e-n) | $0 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $0 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $0 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $0 | $0 |

Debtor's Name  Richard Gonzalez                                                Case No.  24-15353

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Totaro & Shanahan, LLp | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Richard Gonzalez                                        Case No.  24-15353

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| Debtor's Name | Richard Gonzalez | | Case No. | 24-15353 |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Richard Gonzalez                                    Case No.  24-15353

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Richard Gonzalez                                    Case No.  24-15353

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                          7

Debtor's Name  Richard Gonzalez                                        Case No.  24-15353

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ●

c. Were any payments made to or on behalf of insiders?    Yes ○  No ●

d. Are you current on postpetition tax return filings?    Yes ●  No ○

e. Are you current on postpetition estimated tax payments?    Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ○  No ●

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ●

i. Do you have:        Worker's compensation insurance?    Yes ○  No ●

If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

Casualty/property insurance?    Yes ●  No ○

If yes, are your premiums current?    Yes ●  No ○  N/A ○  (if no, see Instructions)

General liability insurance?    Yes ●  No ○

If yes, are your premiums current?    Yes ●  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ●  No ○

k. Has a disclosure statement been filed with the court?    Yes ●  No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●  No ○

Debtor's Name Richard Gonzalez

Case No. 24-15353

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $6,991 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $2,584 |
| d. | Total income in the reporting period (a+b+c) | $9,574 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $9,574 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $9,574 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ Michael R. Totaro | Michael R. Totaro |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Attorney | 07/04/2025 |
| Title | Date |

# Wells Fargo Everyday Checking



June 30, 2025  ■  Page 1 of 9

RICHARD GONZALEZ
DEBTOR IN POSSESSION
CH11 CASE #24-15353 (CCA)
27668 LONGMEADOW CT
MORENO VALLEY CA 92555-5832

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**This June, be wary of scams targeting older and vulnerable adults**

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones
from common scams, including:

**- Investment scams,** where the scammer makes friends with you on social media then offers to show you how to invest in crypto.
Watch out for promises of big returns, suggestions to invest in crypto or requests to wire money.

**- Tech Imposter scams,** where scammers pose as legitimate tech support to convince you to give them access to your device. They
can then plant fake evidence of fraud and pass you to another scammer posing as your bank, who asks you to wire money or
courier cash or gold to "keep it safe". Wells Fargo will never ask you to do this. Watch out for unsolicited contact from "tech
support" scammers. Never give up access to your device or accounts.

Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate the
who and the why. You are in control when it's your money.

**WELLS FARGO**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $5,511.72 |
| Deposits/Additions | 9,574.27 |
| Withdrawals/Subtractions | - 13,356.36 |
| **Ending balance on 6/30** | **$1,729.63** |

Account number: **7369777300  (primary account)**

**RICHARD GONZALEZ**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-15353 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility
requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/2 | | Purchase authorized on 05/30 Chevron 0372378 Moreno Valley CA S465150395906253 Card 4231 | | 30.01 | |
| 6/2 | | Purchase authorized on 05/30 Poster S Donuts Pasadena CA S585150474488530 Card 4231 | | 11.25 | |
| 6/2 | | Purchase authorized on 05/31 7-Eleven Temple City CA P000000083626488 Card 4231 | | 6.89 | |
| 6/2 | | Purchase authorized on 05/31 Poster S Donuts Pasadena CA S465151717369805 Card 4231 | | 6.75 | |
| 6/2 | | Purchase authorized on 05/31 Bjs Restaurants 44 Moreno Valley CA S305152155048771 Card 4231 | | 183.24 | |
| 6/2 | | Purchase authorized on 06/01 Chevron 0372378 Moreno Valley CA S385152343724833 Card 4231 | | 30.01 | |
| 6/2 | | Purchase authorized on 06/02 Moreno Beach Mar Moreno Valley CA P305153374796214 Card 4231 | | 23.58 | |
| 6/2 | | Purchase authorized on 06/02 7-Eleven Burbank CA P000000476323945 Card 4231 | | 19.42 | |
| 6/2 | | Nsm Dbamr.Cooper Nsm Dbamr 250530 0519493 Richard *Gonzalez | | 2,135.26 | 3,065.31 |
| 6/3 | | Recurring Payment authorized on 06/01 PY *Tower RV Stora 909-999-7233 CA S585152296380139 Card 4231 | | 286.00 | |
| 6/3 | | Purchase authorized on 06/03 Moreno Beach Mar Moreno Valley CA P385154393068691 Card 4231 | | 14.44 | 2,764.87 |
| 6/4 | | Purchase authorized on 06/02 Shell Oil100080070 Los Angeles CA S385153414855019 Card 4231 | | 17.54 | |
| 6/4 | | Purchase authorized on 06/03 Chevron 0372378 Moreno Valley CA S385154390098670 Card 4231 | | 39.98 | |
| 6/4 | | Purchase authorized on 06/03 Poster S Donuts Pasadena CA S305154491979549 Card 4231 | | 6.75 | |
| 6/4 | | Purchase authorized on 06/03 7-Eleven Temple City CA P000000280531693 Card 4231 | | 6.99 | |
| 6/4 | | Credit One Bank Payment 250512 43120128 Gonzalez,Richard | | 103.00 | 2,590.61 |
| 6/5 | | Purchase authorized on 06/03 Del Taco 99 Pasadena CA S385155021212816 Card 4231 | | 19.89 | 2,570.72 |
| 6/6 | | Universal Waste Direct Dep 250606 932936505263Jzq Gonzalez,Richard | 1,710.77 | | |
| 6/6 | | Purchase authorized on 06/04 Ono-027 (South Gat South Gate CA S385155707202883 Card 4231 | | 12.50 | |
| 6/6 | | Purchase authorized on 06/05 Poster S Donuts Pasadena CA S305156460599904 Card 4231 | | 6.75 | |
| 6/6 | | Purchase authorized on 06/05 Arco42959001 Riverside CA P000000375454355 Card 4231 | | 40.35 | |
| 6/6 | | Purchase authorized on 06/05 Autozone 6206 27660 Euca Moreno Valley CA P585157144619832 Card 4231 | | 37.50 | |
| 6/6 | | Purchase authorized on 06/06 7-Eleven Temple City CA P000000672186932 Card 4231 | | 7.09 | |
| 6/6 | | Purchase authorized on 06/06 Arco42757001 Pasadena CA P000000879159050 Card 4231 | | 6.33 | |



**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/6 | | Promontory Park L1562239 250605 O74848979 Richard Gonzalez | | 25.00 | 4,145.97 |
| 6/9 | | Purchase authorized on 06/05 Tst*Prime Pizza - Altadena CA S465156799039019 Card 4231 | | 12.62 | |
| 6/9 | | Purchase authorized on 06/06 Miguel's Jr 17 Ontario CA S305157782334400 Card 4231 | | 16.93 | |
| 6/9 | | Purchase authorized on 06/06 Brixton Enterpri Ontario CA P585158187824406 Card 4231 | | 204.56 | |
| 6/9 | | Purchase authorized on 06/07 El Super #15 Inglewood CA P000000377400273 Card 4231 | | 9.40 | |
| 6/9 | | Recurring Payment authorized on 06/07 Affirm * Pay Grpwq 855-423-3729 CA S305158609396862 Card 4231 | | 49.95 | |
| 6/9 | | Purchase authorized on 06/09 Moreno Beach Mar Moreno Valley CA P585160408171901 Card 4231 | | 43.58 | |
| 6/9 | | ATM Withdrawal authorized on 06/09 2933 Los Feliz Blvd Los Angeles CA 0003936 ATM ID 9938A Card 4231 | | 100.00 | |
| 6/9 | | Purchase authorized on 06/09 5534 El Pollo Loco Los Angeles CA P305160739951790 Card 4231 | | 14.25 | |
| 6/9 | | Moreno Valley Utility 250607 3872012 Richard *Gonzalez | | 161.74 | |
| 6/9 | | Fci-Ln Svc Trust Loan Pmt. 250609 xxxxx4147 Fci Web Payment xxxxx4147 | | 1,318.26 | 2,214.68 |
| 6/10 | | ATM Check Deposit on 06/10 14395 Moreno Beach Dr Moreno Valley CA 0004559 ATM ID 9913H Card 4231 | 1,331.37 | | |
| 6/10 | | Non-WF ATM Withdrawal authorized on 06/10 9915 S. Broadway Los Angeles CA 305161558566416 ATM ID Lk288058 Card 4231 | | 83.50 | |
| 6/10 | | Non-Wells Fargo ATM Transaction Fee | | 3.00 | 3,459.55 |
| 6/11 | | Purchase authorized on 06/10 Shivah Sinclair Moreno Valley CA P000000384260192 Card 4231 | | 25.26 | |
| 6/11 | | Purchase authorized on 06/11 Moreno Beach Mar Moreno Valley CA P465162408780877 Card 4231 | | 43.58 | 3,390.71 |
| 6/12 | | Purchase authorized on 06/10 IN-N-Out Moreno VA Moreno Valley CA S305162150614139 Card 4231 | | 71.12 | |
| 6/12 | | Purchase authorized on 06/12 7-Eleven Temple City CA P000000486649442 Card 4231 | | 4.60 | |
| 6/12 | | Purchase authorized on 06/12 Gm Oil CO., LLC Temple City CA P305163614887318 Card 4231 | | 8.35 | |
| 6/12 | 143 | Check | 1,829.32 | 250.00 | 3,056.64 |
| 6/13 | | Universal Waste Direct Dep 250613 534099020717Jzq Gonzalez,Richard | | | |
| 6/13 | | Purchase authorized on 06/11 Ono-027 (South Gat South Gate CA S385162763776362 Card 4231 | | 15.82 | |
| 6/13 | | Purchase authorized on 06/12 Chevron 0372378 Moreno Valley CA S465163403845151 Card 4231 | | 20.00 | |
| 6/13 | | Purchase authorized on 06/12 Staterbro 14425 Moreno Moreno Valley CA P000000270488041 Card 4231 | | 90.64 | |
| 6/13 | | Emwd Web_Pay Jun 25 1538906006061125 Richard Gonzalez | | 113.27 | |
| 6/13 | | Waste Management Payment 250612 000093483915005 Log IN to The My WM Account Page for Payment Deta | | 115.00 | 4,531.23 |
| 6/16 | | Purchase authorized on 06/13 Chevron 0372378 Moreno Valley CA S585164400936108 Card 4231 | | 25.01 | |
| 6/16 | | Purchase authorized on 06/14 7-Eleven Los Angeles CA P000000972878027 Card 4231 | | 11.36 | |
| 6/16 | | Purchase authorized on 06/14 A & C Service IN Los Angeles CA P000000186792412 Card 4231 | | 30.00 | |
| 6/16 | | Purchase authorized on 06/14 Pacific Radiator Fontana CA P000000982968224 Card 4231 | | 511.00 | |
| 6/16 | | Purchase authorized on 06/14 Carls Jr 1100488 Moreno Valley CA S385165790370456 Card 4231 | | 54.66 | |
| 6/16 | | Purchase authorized on 06/14 Cvs/Pharmacy #09 09578--3 Inglewood CA P585166007599105 Card 4231 | | 27.09 | |
| 6/16 | | ATM Withdrawal authorized on 06/14 11305 S Crenshaw Blvd Inglewood CA 0008127 ATM ID 0906O Card 4231 | | 100.00 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/16 | | Purchase authorized on 06/15 Chevron 0372378 Moreno Valley CA S615167480962499 Card 4231 | | 12.00 | |
| 6/16 | | Purchase authorized on 06/15 Moreno Beach Mar Moreno Valley CA P465166759995008 Card 4231 | | 3.58 | |
| 6/16 | | Purchase authorized on 06/15 The Home Depot #1087 Moreno Valley CA P585166785407026 Card 4231 | | 90.47 | |
| 6/16 | | Purchase authorized on 06/15 WM Superc 12721 Moreno Moreno Valley CA P000000881866640 Card 4231 | | 56.97 | |
| 6/16 | | Purchase authorized on 06/16 Moreno Beach Mar Moreno Valley CA P465167400898581 Card 4231 | | 33.58 | |
| 6/16 | | Purchase authorized on 06/16 5983 El Pollo Loco Los Angeles CA P585167661748954 Card 4231 | | 31.15 | |
| 6/16 | | Purchase authorized on 06/16 7-Eleven Los Angeles CA P000000884999150 Card 4231 | | 50.48 | 3,493.88 |
| 6/17 | | Purchase authorized on 06/15 Domino's 8253 951-353-8235 CA S465167111116255 Card 4231 | | 50.06 | 3,443.82 |
| 6/18 | | Purchase authorized on 06/17 Chevron 0372378 Moreno Valley CA S465168407572373 Card 4231 | | 24.99 | |
| 6/18 | | Recurring Payment authorized on 06/17 Spectrum 855-707-7328 MO S305168648447872 Card 4231 | | 124.00 | |
| 6/18 | | Purchase authorized on 06/18 7-Eleven Temple City CA P000000172992086 Card 4231 | | 10.18 | |
| 6/18 | | ATM Withdrawal authorized on 06/18 3701 E Foothill Blvd Pasadena CA 0005580 ATM ID 9877A Card 4231 | | 100.00 | 3,184.65 |
| 6/20 | | Universal Waste Direct Dep 250620 000230841136Jzq Gonzalez,Richard | 1,647.74 | | |
| 6/20 | | Purchase authorized on 06/18 Subway 59543 Pasadena CA S465169731896677 Card 4231 | | 12.98 | |
| 6/20 | | Purchase authorized on 06/18 Jack IN The Box 33 Altadena CA S585169830171548 Card 4231 | | 17.75 | |
| 6/20 | | Purchase authorized on 06/19 Gm Oil CO., LLC Temple City CA P465170642709446 Card 4231 | | 8.30 | |
| 6/20 | | Purchase authorized on 06/19 Shell Service Station Los Angeles CA P305171023547340 Card 4231 | | 30.00 | |
| 6/20 | | Purchase authorized on 06/19 Grove Exxon Ontario CA P000000181586500 Card 4231 | | 300.00 | |
| 6/20 | | Purchase authorized on 06/19 Grove Ave Food Ontario CA P000000172927313 Card 4231 | | 10.00 | |
| 6/20 | | Purchase authorized on 06/20 Arco42479001 Sunnymead CA P000000571707189 Card 4231 | | 34.89 | |
| 6/20 | | Purchase authorized on 06/20 Arco42289001 Commerce CA P000000484091730 Card 4231 | | 9.85 | 4,408.62 |
| 6/23 | | ATM Check Deposit on 06/23 14395 Moreno Beach Dr Moreno Valley CA 0007479 ATM ID 9913H Card 4231 | 1,251.67 | | |
| 6/23 | | Non-WF ATM Withdrawal authorized on 06/20 1717 S Soto Street Los Angeles CA 465172052059869 ATM ID 7E008159 Card 4231 | | 123.95 | |
| 6/23 | | Non-Wells Fargo ATM Transaction Fee | | 3.00 | |
| 6/23 | | Purchase authorized on 06/20 Arco42506001 Pomona CA P000000576898366 Card 4231 | | 30.36 | |
| 6/23 | | Recurring Payment authorized on 06/21 Affirm * Pay 0M7PC 855-423-3729 CA S585172393233498 Card 4231 | | 55.15 | |
| 6/23 | | Recurring Payment authorized on 06/21 Tmobile*Postpaid F 800-937-8997 WA S585172427988861 Card 4231 | | 197.28 | |
| 6/23 | | Purchase authorized on 06/21 Csi-210713/2001- Ontario CA P585172691731737 Card 4231 | | 29.61 | |
| 6/23 | | Purchase authorized on 06/21 Smart and Final Highland CA P000000086163676 Card 4231 | | 49.97 | |
| 6/23 | | Purchase authorized on 06/22 Chevron 0372378 Moreno Valley CA S305173584699875 Card 4231 | | 30.09 | |
| 6/23 | | Purchase authorized on 06/22 Grove Exxon Ontario CA P000000287522159 Card 4231 | | 200.00 | |
| 6/23 | | Purchase authorized on 06/23 Arco42672001 South Gate CA P000000882898804 Card 4231 | | 4.77 | |



WELLS
FARGO

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 6/23 | | Purchase authorized on 06/23 7-Eleven Los Angeles CA P000000183419388 Card 4231 | | 8.80 | |
| 6/23 | | Purchase authorized on 06/23 Arco42672001 South Gate CA P000000181439494 Card 4231 | | 40.35 | |
| 6/23 | | So Cal Gas Paid Scgc 250619 0525914011 301601474284339293 | | 100.00 | |
| 6/23 | | Nsm Dbamr.Cooper Nsm Dbamr 250620 8525009 Richard *Gonzalez | | 2,135.00 | |
| 6/23 | 145 | Check | | 400.00 | 2,251.96 |
| 6/24 | | Purchase authorized on 06/22 Shell Oil 12832899 Ontario CA S465173537341236 Card 4231 | | 4.01 | |
| 6/24 | | Purchase authorized on 06/22 Jack IN The Box 35 Ontario CA S585174197308652 Card 4231 | | 7.93 | |
| 6/24 | | Purchase authorized on 06/24 All Star Liquor Altadena CA P585175644015795 Card 4231 | | 8.77 | |
| 6/24 | | Vivint Vivint P-228552781 Richard Gonzalez | | 25.66 | 2,205.59 |
| 6/25 | | Purchase authorized on 06/24 Poster S Donuts Pasadena CA S465175741903192 Card 4231 | | 2.75 | |
| 6/25 | | Purchase authorized on 06/25 Arco42933001 Altadena CA P000000485686799 Card 4231 | | 7.53 | |
| 6/25 | 142 | Check | | 251.03 | 1,944.28 |
| 6/26 | | Purchase authorized on 06/24 Artis Houston Snap Compton CA S585176050128671 Card 4231 | | 43.65 | |
| 6/26 | | Purchase authorized on 06/25 Allstate Nbindco 800-255-7828 IL S385176614866138 Card 4231 | | 591.00 | |
| 6/26 | | Non-WF ATM Withdrawal authorized on 06/25 9920 Hoover Street Los Angeles CA 305177051975247 ATM ID Lk499511 Card 4231 | | 23.50 | |
| 6/26 | | Non-Wells Fargo ATM Transaction Fee | | 3.00 | |
| 6/26 | | Purchase authorized on 06/26 Circle K 09453 Pasadena CA P000000389413451 Card 4231 | | 6.48 | 1,276.65 |
| 6/27 | | Universal Waste Direct Dep 250627 926438643750Jzq Gonzalez,Richard | 1,803.40 | | |
| 6/27 | | Purchase authorized on 06/26 Poster S Donuts Pasadena CA S385177461785597 Card 4231 | | 6.75 | |
| 6/27 | | Purchase authorized on 06/26 A & C Service IN Los Angeles CA P000000171975054 Card 4231 | | 30.00 | |
| 6/27 | | ATM Withdrawal authorized on 06/27 4580 Pacific Blvd Vernon CA 0000111 ATM ID 4278M Card 4231 | | 100.00 | 2,943.30 |
| 6/30 | | Purchase authorized on 06/26 Los Pozitos Inc Pasadena CA S585177670459522 Card 4231 | | 14.96 | |
| 6/30 | | Recurring Payment authorized on 06/27 Tmobile*Postpaid F 800-937-8997 WA S305178398954079 Card 4231 | | 197.28 | |
| 6/30 | | Purchase authorized on 06/27 Poster S Donuts Pasadena CA S465178499633844 Card 4231 | | 8.50 | |
| 6/30 | | Purchase authorized on 06/27 Photoday Order Photoday.Io FL S385178645966331 Card 4231 | | 59.63 | |
| 6/30 | | Purchase authorized on 06/27 Jack IN The Box 03 Altadena CA S585178807004582 Card 4231 | | 9.09 | |
| 6/30 | | Purchase authorized on 06/27 Arco42959001 Riverside CA P000000472528735 Card 4231 | | 65.35 | |
| 6/30 | | Purchase authorized on 06/28 Akc Ecommerce 919-816-3600 NY S305179708955430 Card 4231 | | 133.00 | |
| 6/30 | | Purchase authorized on 06/28 Tst* Waba Grill - Santa Ana CA S385179748814053 Card 4231 | | 19.10 | |
| 6/30 | | Purchase authorized on 06/28 Shell Service Station Ontario CA P465179816096943 Card 4231 | | 16.23 | |
| 6/30 | | Non-WF ATM Withdrawal authorized on 06/28 2195 S Haven Ave Ontario CA 465180040133213 ATM ID Rt65638 Card 4231 | | 63.75 | |
| 6/30 | | Non-Wells Fargo ATM Transaction Fee | | 3.00 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-------------|-------------|
| 6/30 | | Purchase authorized on 06/28 Autozone 6206 27660 Euca Moreno Valley CA P585180072947257 Card 4231 | | 10.32 | |
| 6/30 | | Purchase authorized on 06/29 Vaccinate 4 Less I 909-2645048 CA S305180791242568 Card 4231 | | 188.00 | |
| 6/30 | | Purchase authorized on 06/30 Moreno Beach Mar Moreno Valley CA P385181394263695 Card 4231 | | 33.58 | |
| 6/30 | | Purchase authorized on 06/30 7-Eleven Los Angeles CA P000000575360260 Card 4231 | | 7.88 | |
| 6/30 | | Aci Payments Inc Aci Allyfi 250630 228028325056 Richard Gonzalez | | 384.00 | 1,729.63 |
| **Totals** | | | **$9,574.27** | **$13,356.36** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 142 | 6/25 | 251.03 | 143 | 6/12 | 250.00 | 145 * | 6/23 | 400.00 |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2025 - 06/30/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following each fee period | Minimum required | This fee period |
| · Minimum daily balance | $500.00 | $1,276.65  √ |
| · Total amount of qualifying electronic deposits | $500.00 | $6,991.23  √ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

# ✔ IMPORTANT ACCOUNT INFORMATION

———————

Drawdown Wires incur a fee of $15 for Consumer and Small Business non-analyzed accounts. For Drawdown Wires on analyzed accounts, there is a fee of $22. For more information, please review the Consumer and Business Fee & Information Schedule.

———————

Using a Digital Version of your Debit Card



Effective June 3, 2025, the following subsection will be added to the "Using Your Card" section of the Wells Fargo Debit and ATM Card Terms and Conditions:

**Using a digital version of your debit card**
You can use the digital version of your debit card, if eligible, for card-not-present transactions like online and in-app purchases, or for payments over the phone. You will not be able to use the digital version of your debit card for in-store purchases or to access Wells Fargo ATMs, unless you add the digital version of your debit card to a Mobile Device (see "Using Your Card Through A Mobile Device" for more details). Note that the PIN for a digital version of your debit card will be the same as the PIN for your physical debit card.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**



## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

**WELLS FARGO**

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
**A.** The ending balance
shown on your statement.. . . . . . . . . . . . . .     $_____

### ADD
**B.** Any deposits listed in your       $_____
register or transfers into       $_____
your account which are not       $_____
shown on your statement.       + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

### SUBTRACT
**C.** The total outstanding checks and
withdrawals from the chart above. . . . . . . . . - $_____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . .     $_____

| Number | Items outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total $**       |        |

**To download and print additional Account Balance Calculation Worksheets (PDF), enter
www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.**

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801





PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Richard Gonzalez                                  Case No.  24-15353



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Richard Gonzalez                                    Case No.  24-15353



PageThree



PageFour