Michael R. Totaro 102229
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
(310) 804-2157 (v)
ocbkatty@aol.com

Attorneys for Debtor in possession

FILED & ENTERED

JUL 15 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re

RICHARD GONZALEZ,

Debtor In Possession.

Case No. 6:24-bk-15353-SY

Chapter 11

**ORDER CONFIRMING DEBTOR'S THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND SETTING POST CONFIRMATION STATUS CONFERENCE**

<u>Confirmation Hearing</u>:
Date:    June 26, 2025
Time:    1:30 pm
Ctrm:    302
         3420 Twelfth St.
         Riverside, CA 92501

On February 11, 2025, debtor and debtor-in-possession Richard Gonzalez ("Debtor") filed his Third Amended Chapter 11 Plan of Reorganization (the "Plan"). [Docket No. 53]. On March 2, 2025, Debtor filed and served a notice of the hearing on confirmation of the Plan and related documents. [Docket No. 60]. On June 12, 2025, Debtor filed and served a summary of ballots, an errata to the Plan, and a Debtor's Brief in Support of Confirmation of Debtor's Third Amended Chapter 11 Plan of Reorganization ("Confirmation Brief"). [Docket Nos. 71-73]. No objections or oppositions to the Plan were filed.

As scheduled, on June 26, 2025, at 1:30 p.m. the court held a hearing on the confirmation of the Plan. Appearances were as stated on the record. Having reviewed the Plan, the notices, the summary of ballots, and the Confirmation Brief, and considered the comments of counsel at the hearing, the court finds the Debtor has satisfied the requirements of 11 U.S.C. § 1129(a) for confirmation of the Plan.

IT IS ORDERED that the Plan, as modified below, is confirmed:

> The treatment with respect to the Class 2a Unimpaired Claim of Nationstar Mortgage is revised to reflect the following:
>
> "This claim is unimpaired. Debtor agrees to each of the terms of the original Loan documents, and that what constitutes a default under the Loan, as well as notice of any default under the Loan are governed by the Loan documents."

IT IS FURTHER ORDERED that if the above-referenced case is converted to one under chapter 7, the property of the reorganized debtor, or of any liquidation or litigation trust, or of any other successor to the estate under the plan, that has not been distributed under the plan shall be vested in the chapter 7 estate, except for property that would have been excluded from the estate if this case had always been one under chapter 7.

IT IS FURTHER ORDERED that within 120 days of the entry of this order, Debtor shall file a status report explaining what progress has been made toward consummation of the confirmed plan of reorganization. The initial report shall be served on the United States Trustee, the 20 largest unsecured creditors, and those parties who have requested special notice. Further reports shall be filed every 120 days thereafter and served on the same entities, unless otherwise ordered by the court.

///

///

///

IT IS FURTHER ORDERED that a post-confirmation status conference is scheduled for **December 11, 2025 at 1:30 p.m.** before this court in Courtroom 302 of the above-entitled court located at 3420 Twelfth St., Riverside, Ca 92501.

###

Date: July 15, 2025

Scott H. Yun
United States Bankruptcy Judge

3