United States Bankruptcy Court

Central District of California

In re:  
Richard Gonzalez  
    Debtor

Case No. 24-15353-SY  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2  
Date Rcvd: Jul 15, 2025      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard Gonzalez, 27668 Longmeadow Ct., Moreno Valley, CA 92555-5832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Ali Matin | on behalf of U.S. Trustee United States Trustee (RS) ali.matin@usdoj.gov |
| Amitkumar Sharma | on behalf of Creditor Ally Bank c/o AIS Portfolio Services LLC amit.sharma@aisinfo.com |
| Everett L Green | on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov |
| Lior Katz | on behalf of Creditor The Lucas Profit Sharing Plan lior@katzlaw.com |
| Michael R Totaro | on behalf of Debtor Richard Gonzalez Ocbkatty@aol.com |

District/off: 0973-6     User: admin     Page 2 of 2
Date Rcvd: Jul 15, 2025     Form ID: pdf042     Total Noticed: 1

Randall P Mroczynski
     on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd.
     randym@cookseylaw.com

Todd S. Garan
     on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

United States Trustee (RS)
     ustpregion16.rs.ecf@usdoj.gov


TOTAL: 9

Michael R. Totaro 102229
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
(310) 804-2157 (v)
ocbkatty@aol.com

Attorneys for Debtor in possession

**FILED & ENTERED**

JUL 15 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason     DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re

RICHARD GONZALEZ,

Debtor In Possession.

Case No. 6:24-bk-15353-SY

Chapter 11

**ORDER CONFIRMING DEBTOR'S THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND SETTING POST CONFIRMATION STATUS CONFERENCE**

Confirmation Hearing:
Date:     June 26, 2025
Time:     1:30 pm
Ctrm:     302
          3420 Twelfth St.
          Riverside, CA 92501

On February 11, 2025, debtor and debtor-in-possession Richard Gonzalez ("Debtor") filed his Third Amended Chapter 11 Plan of Reorganization (the "Plan"). [Docket No. 53]. On March 2, 2025, Debtor filed and served a notice of the hearing on confirmation of the Plan and related documents. [Docket No. 60]. On June 12, 2025, Debtor filed and served a summary of ballots, an errata to the Plan, and a Debtor's Brief in Support of Confirmation of Debtor's Third Amended Chapter 11 Plan of Reorganization ("Confirmation Brief"). [Docket Nos. 71-73]. No objections or oppositions to the Plan were filed.

As scheduled, on June 26, 2025, at 1:30 p.m. the court held a hearing on the confirmation of the Plan. Appearances were as stated on the record. Having reviewed the Plan, the notices, the summary of ballots, and the Confirmation Brief, and considered the comments of counsel at the hearing, the court finds the Debtor has satisfied the requirements of 11 U.S.C. § 1129(a) for confirmation of the Plan.

IT IS ORDERED that the Plan, as modified below, is confirmed:

> The treatment with respect to the Class 2a Unimpaired Claim of Nationstar Mortgage is revised to reflect the following:
>
> "This claim is unimpaired. Debtor agrees to each of the terms of the original Loan documents, and that what constitutes a default under the Loan, as well as notice of any default under the Loan are governed by the Loan documents."

IT IS FURTHER ORDERED that if the above-referenced case is converted to one under chapter 7, the property of the reorganized debtor, or of any liquidation or litigation trust, or of any other successor to the estate under the plan, that has not been distributed under the plan shall be vested in the chapter 7 estate, except for property that would have been excluded from the estate if this case had always been one under chapter 7.

IT IS FURTHER ORDERED that within 120 days of the entry of this order, Debtor shall file a status report explaining what progress has been made toward consummation of the confirmed plan of reorganization. The initial report shall be served on the United States Trustee, the 20 largest unsecured creditors, and those parties who have requested special notice. Further reports shall be filed every 120 days thereafter and served on the same entities, unless otherwise ordered by the court.

///

///

///

2

IT IS FURTHER ORDERED that a post-confirmation status conference is scheduled for **December 11, 2025 at 1:30 p.m.** before this court in Courtroom 302 of the above-entitled court located at 3420 Twelfth St., Riverside, Ca 92501.

###

Date: July 15, 2025

Scott H. Yun
United States Bankruptcy Judge

3