| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R. Totaro 102229<br>Totaro & Shanahan<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br>310 804 2157(v) 310 496 1260 (f)<br>Ocbkatty@aol.com<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Richard Gonzalez<br><br><br><br><br>Debtor(s). | CASE NO.: 6:24-bk-15353-SY<br>CHAPTER: 11<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 07/20/2024   Movant(s) filed a motion or application (Motion) entitled: Application to Employ Michael R. Totaro, Maureen J. Shanahan and Totaro & Shanahan, LLP as general insolvency counsel

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 09/10/2024   Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17 days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*      Page 1      **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9. Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 07/24/2025

/s/ Michael R. Totaro_____
Signature

Michael R. Totaro_____
Printed name

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*         Page 2         **F 9013-1.2.NO.REQUEST.HEARING.DEC**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R. Totaro   102229<br>Totaro & Shanahan<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br>310 804 2157<br>Ocbatty@aol.com | |

☐ Debtor(s) appearing without an attorney
☒ Attorney for: Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>Richard Gonzalez,<br><br>Debtor in Possession,<br><br><br><br>Debtor(s). | CASE NO.: 2:24-bk-15353-SY<br>CHAPTER: 11<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Richard Gonzalez,
   filed a motion or application (Motion) entitled Application to Employ Michael R. Totaro, Maureen J. Shanahan and Totaro & Shanahan, LLP as General Insolvency Counsel.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

   ☒ The full Motion is attached to this notice; or

   ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 1                        F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

   (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

   (2) Movant will lodge an order that the court may use to grant the Motion; and

   (3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 09/10/2024

/s/ Michael R/ Totaro
Signature of Movant or attorney for Movant

Michael R. Totaro
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016              Page 2              F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

1  Michael R. Totaro 102229
   Totaro & Shanahan
2  P.O. Box 789
   Pacific Palisades, CA 90272
3  (310) 804 2157 (v)
   Ocbkatty@aol.com
4

5  Attorneys for Debtor in Possession

6

7

8                UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

10 In re                              | Case No. 6:24-bk-15353-SY

11 Richard Gonzalez                   | Chapter 11

12           Debtor in Possession.    | APPLICATION BY DEBTOR IN POSSESSION
                                      | TO EMPLOY MICHAEL R. TOTARO,
13                                    | MAUREEN J. SHANAHAN AND THE LAW
                                      | OFFICES OF TOTARO & SHANAHAN, LLP
14                                    | AS GENERAL INSOLVENCY COUNSEL AND
                                      | APPROVAL OF FLAT FEE; DECLARATIONS
15                                    | IN SUPPORT

16                                    | [NO HEARING REQUESTED-
                                      |    LBR -9013-1 (f)]
17

18
        TO THE HONORABLE COURT, THE UNITED STATES TRUSTEE AND ALL
19
   INTERESTED PARTIES:
20

21
        Richard Gonzalez, the debtor in possession in the above captioned case (Debtor"),
22
   seeks an order approving its retention of Michael R. Totaro (Totaro), Maureen J.
23
   Shanahan ("Shanahan") and Totaro & Shanahan, LLP (the "Firm"), as general insolvency
24
   counsel, effective September 10, 2024 pursuant to 11 U.S.C. sections 327, 330, 331 and
25
   rule 2014(a) of the Federal Rules of Bankruptcy Procedure and approval of flat fee billing
26
   rate. In support of this application Debtor represents:
27
        1.    On or about July 30, 2024 Debtor retained the law firm of Totaro &
28
   Shanahan ("the Firm") to represent Debtor in this Chapter 11 bankruptcy proceeding.

Pre-petition services commenced at that time including several meetings, preparation of the petition, motions, conversations with an appraiser and brokers and review of all financial information. Counsel has been fully paid for any pre-petition services and has not taken a retainer for post-petition services.

2. On September 10, 2024, a Voluntary Chapter 11 petition was filed on behalf of Debtor. Debtor remains in possession of the property and estate as debtor in possession as no trustee has been appointed. Since the commencement of this case Debtor has continued to manage its affairs as debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. Debtor is a legally unsophisticated individual and as such cannot appear without counsel. Debtor has no legal experience or knowledge of bankruptcy laws and therefore it is necessary for Debtor to engage the services of experienced insolvency counsel to ensure he receives adequate legal advice and representation in this bankruptcy case.

4. Debtor has selected and retained the Firm to represent Debtor in this proceeding. The firm is admitted to practice before this Court and has considerable experience in bankruptcy matters having represented numerous debtors in Chapters 7, 11 and 13 bankruptcy proceedings. Totaro is well-qualified to represent Debtors in this chapter 11 case and has been approved as General Insolvency Counsel in over 200 Chapter 11 matters. Debtor represents that employment of Totaro and the Firm would be in the best interests of the estate.

5. Totaro and the Firm will render services at a flat rate of $5000.00. The parties have signed a fee agreement for this amount. Each of the attorneys has over 41 years of legal experience as set forth in the declaration of Michael R. Totaro submitted with this application.

6. In seeking future payment for attorney's fees from the bankruptcy estate, the Firm intends to apply to this Court for compensation in conformity with Bankruptcy Code §§ 327, 330, and 331 and local bankruptcy rules and understands that its compensation will be subject to the approval of the Court.

7. The Firm will not share or agree to share any compensation to be received by it in this case with any other person, except as among partners of the Firm.

8. Among the legal services to be rendered post-petition include but are not limited to:

    a. Counseling of Debtor through meetings and phone calls, discussions concerning the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and the United States Trustee Guidelines;

    b. Document preparation or amendments concerning the petition and schedules, status reports, review and consultation concerning Monthly Operating Reports, and personal attendance at all hearings, included but not limited to the Status Conference, Initial Debtor Interview ("IDI"), the meeting of creditors pursuant to Bankruptcy Code section 341(a) or any continuance thereof, all status conferences; preparation of any first day motions and employment applications and all hearings on motions, the disclosure statement and plan;

    c. Consultation with Debtor's representative concerning documents needed and reports to be prepared and consultation with real estate counsel re title and other issues;

    d. Assisting Debtor in preparation of documents for compliance with the requirements of the Office of the United States Trustee ("OUST");

    e. Negotiations with secured and unsecured creditors regarding the amount and payment of their claims;

    f. Discussions with Debtor's representative concerning the Disclosure Statement and plan of reorganization;

    g. Preparation of the Disclosure Statement and Chapter 11 Plan of Reorganization and any amendments/changes to the same unless filed as a Sub-V case which does not require a disclosure statement;

    h. Submission of ballots to creditors, tally of ballots and submission to the Court;

   i. Response to any objections to disclosure statement and/or plan;

   j. Negotiations with creditors as to values, etc and the plan of reorganization;

   k. Response to any motions for relief from stay, motions to dismiss or any other motions or contested matters;

  9. In cases involving litigation, if ligation counsel is employed the Firm will assist in the following matters. In cases where no litigation counsel is employed, the Firm will undertake the following matters:

   a. The preparation, submission and prosecution of any adversary proceedings that may be necessary to the case including but not limited to determining the value of real property as collateral and extinguishing unsecured liens on real property;

   b. Review of proofs of claims and if necessary, preparation of formal objections with respect to claims asserted;

   c. Opposition to any motion sought by trustee, court and/or creditors;

   d. Any other adversary matter that arises during the administration of this chapter 11 case.

  10. Totaro and the Firm do not have any other connections with the Debtor, the creditors, any party in interest, their respective attorneys or accountants, or with the Office of the United States Trustee in any area of the country. Mr. Totaro and the Firm do not represent any interests adverse to the estate and Totaro and the Firm is a disinterested person as defined in 11 U.S.C. § 101(14) and 11 U.S.C. § 327(a) as is more specifically set forth in the Declaration of Michael R. Totaro.

  11. The Firm consists of two attorneys and one paralegal who are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and will comply with them. Each of attorneys are duly admitted to practice law before the Courts of the State of California both state and federal, before the Ninth Circuit Court of Appeals, various other Circuit Courts and the United States Supreme Court.

4

12. No promises have been made by the Firm or any principal or associate in connection with this case and its outcome and the Firm has no agreement with any other entity to share any compensation received by the Firm in connection with the case.

**WHEREFORE**, Debtors respectfully requests that it be authorized and empowered to employ Totaro and the Firm as counsel to aid in these proceedings, and for approval of the hourly rate and for such other and further relief as the Court may deem proper under the circumstances.

Dated: September 10, 2024            Totaro & Shanahan

                                    By /s/ Michael R. Totaro
Reviewed and approved:                 Michael R. Totaro

Dated: September 10, 2024

                                    _____
                                    Richard González
                                    Debtor in Possession

# DECLARATION OF RICHARD GONZALEZ

I, Richard Gonzalez, declare:

1. I am the Debtor in the within matter. As such I have personal knowledge of the following facts and if called as a witness I could and would testify competently thereto.

2. On or about July 30, 2024, I retained the services of Michael R. Totaro ("Totaro") and the law firm of Totaro & Shanahan, LLP ("the Firm") for representation in a Chapter 11 bankruptcy case. I met with Totaro to discuss the problems with my case and to review my financials, the feasibility of filing a Chapter 11 proceeding and what would be expected of me in that proceeding.

3. We have discussed the bankruptcy laws and procedures and I feel I am not capable of handling a Chapter 11 case on my own. It is therefore necessary that I retain the services of Totaro and the Firm to assure I receive adequate advice and representation in this chapter 11 bankruptcy case.

4. I selected Totaro and the Firm to represent Debtor and perform legal services in this bankruptcy case as Totaro and the Firm have considerable experience in all aspects of bankruptcy law on the advice of my family and family law attorney.

5. I have signed an agreement to pay the Firm a flat fee of $5,000.00 and advanced the filing fee of $1738.00. Counsel has agreed not to take further compensation.

6. Totaro and the Firm are available to consult with me in this matter and have provided considerable legal advice and services in this case both before and after the filing of the petition in this case. They continue to remain available and respond promptly to my questions and concerns.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 10, 2024 at Moreno Valley, CA.

Richard Gonzalez
Debtor in Possession

6

## DECLARATION OF MICHAEL R. TOTARO

I, Michael R. Totaro, declare:

1. I am an attorney at law duly licensed to practice before this court and all state and federal courts in California and a partner in the law firm of Totaro & Shanahan ("the Firm"), proposed attorneys of record for debtor/debtor in possession in this case. I have personal knowledge of the following facts and if called as a witness I could and would testify competently thereto.

2. Both my partner and I graduated from the University of California, Hastings College of the Law in San Francisco in 1981. Following Hastings, and taking the California Bar, in 1982 we completed a Master of Law program at George Washington University, The National Law Center in Law, in Law, Psychiatry and Criminology. We were both admitted to the California Bar in December 1981. My partner, Maureen J. Shanahan also graduated from DePaul University Summa Cum Laude in 1976, graduated from University of California, Hastings College of the Law in San Francisco in 1981 as Order of the Coif and a member of the Thurston Society both awarded to students in the top 10 percent of their class. Ms. Shanahan was also admitted to the Louisiana State Bar in 2019. I am licensed to practice in the Federal District courts of the Northern District of Illinois, Colorado and the Northern District of Texas.

4. From 1983 to about 2003 our practice varied. During that time most my work was as an appellate attorney. Between my partner and myself we have been counsel of record on over 1200 appeals, both civil and criminal. We have been lead counsel on appeals in the 10th Circuit, the Fifth Circuit, the Fourth Circuit, Ninth Circuit, the Federal Circuit, the Court of Trade and Hawaii. I have appeared in every appellate court in the State of California including as lead counsel in two death penalty cases before the California Supreme Court.

5. I taught an appellate process class for one year at Pepperdine University and more recently I taught the bankruptcy section of the paralegal program at UCLA.

7

6. I have been practicing as a bankruptcy attorney almost exclusively since 2003. Since 2009 we have filed and been approved as General Insolvency Counsel in over 220 Chapter 11 cases not only I California but in Arizona, Ohio and the Virgin Islands. Of those only 23 have been involuntarily dismissed or converted.

7. I have attended several conventions which provide excellent continuing education in the field of bankruptcy and have also attended seminars concerning recent changes in the law.

8. Debtor has been charged a flat fee of $5,000.00. If something changes we will seek Court approval pursuant to the Bankruptcy Code, the Local Bankruptcy Roles and US Trustee Guidelines for all post-petition services and cost and no payment shall be made by Debtors until approved by this Court.

9. My investigation of **disinterestedness** prior to submitting this statement consisted of a review of my list of current and past clients and contacts.

    a. Neither myself nor anyone in the Firm have had contact with Debtors' creditors or any other parties in interest or their attorneys and accountants other than as possible adversaries in other cases.

    b. Neither myself nor the Firm have other connections with or contact with Debtors, except as listed herein, Debtors' creditors or any other parties in interest or their attorneys. It is possible that we may have been adversaries to some of the debtor's creditors and/or the attorneys who may ultimately represent them.

    c. Neither myself nor anyone in the Firm represents or holds any interest in debtor's bankruptcy estate and does not represent any other individual or entity having an adverse interest to Debtors concerning this bankruptcy case.

    d. Neither myself nor anyone in the Firm are creditors, equity security holders or an insider of the Debtors.

    e. Neither myself nor anyone in the Firm are or was an investment banker for any outstanding security of the Debtors.

  f. Neither myself nor anyone in the Firm have ever been an investment banker for a security of the Debtors, or an attorney for such investment banker concerning the offer, sale or issuance of any security of the Debtors.

  g. Neither myself nor anyone in the Firm holds or represents any interests materially adverse to the estate or of any class of creditors or equity security holder, because of any direct or indirect relationship to, connection with or interest in, the Debtors or an investment for any security interest of the Debtors, or for any other reason.

  h. Neither myself nor anyone in the Firm are relatives or employees of the United States Trustee or a Bankruptcy Judge.

  i. This statement of disinterestedness is prepared by

   Michael R. Totaro
   State Bar No. 102229
   Totaro & Shanahan, LLP
   P.O. Box 789
   Pacific Palisades, CA 90272
   (310) 804 2157

on behalf of myself and as a principal of the Firm.

  j. After conducting the investigation described herein, I am therefore informed and believe that myself and the Firm is disinterested as that term is defined in 11 U.S.C. section 101(14).

  10. Considering the foregoing I do not believe there is any conflict in the Firm's representation of Debtor, particularly as we are seeking to consolidate this case with the Lees individual chapter 11.

  11. My partner and I are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Central District of California and shall comply with them.

  I declare under penalty of perjury that the foregoing is true and correct. Executed on September 10, 2024.

            /s/ Michael R. Totaro

            Michael R. Totaro

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: P.O. Box 789, Pacific Palisades, CA 90272

A true and correct copy of the foregoing document entitled (*specify*): "Application by Debtor and Debtor in Possession to Employ Michael R. Totaro and Totaro and Shanahan as General Insolvency Counsel and Approval of Flat Fee" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 10 2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠   Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:

On September 10, 2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Richard Gonzalez

x   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):

Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

September 10, 2024        Michael R. Totaro        /s/ Michael R. Totaro

10

**ECF Service List**:

- **Michael R Totaro**   Ocbkatty@aol.com
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

**Manual Notice List**

```
Ally Financial
P.O. Box 380901
Bloomington, MN 55438

Balboa Capital Corporation
575 Anton Blvd. 12th Fl
Costa Mesa, CA 92626

Chrysler Capital
P.O. Box 961278
Fort Worth, TX 76161

Credit One Bank
P.O. Box 98875
Las Vegas, NV 89193

FCI Lender Services, Inc.
P.O. Box 27370
Anaheim, CA 92809

Goodleap, LLC
8781 Sierra College Blvd.
Roseville, CA 95661

Nationstar Mortgage, LLC
8950 Cyprus Waters Blvd.
Coppell, TX 75019

Thd/Citibank
P.O. Box 6497
Sioux Falls, SD 57117
```

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

P.O. Box 789, Pacific Palisades, CA 90272

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/24/2025  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 07/24/2025  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Richard Gonzalez

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/24/2025 | Michael R. Totaro | /s/ Michael R. Totaro |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016* | Page 3 | **F 9013-1.2.NO.REQUEST.HEARING.DEC**

ECF Service

- **Abram Feuerstein**   abram.s.feuerstein@usdoj.gov
- **Everett L Green**   everett.l.green@usdoj.gov
- **Cameron C Ridley**   Cameron.Ridley@usdoj.gov
- **Amitkumar Sharma**   amit.sharma@aisinfo.com
- **Michael R Totaro**   Ocbkatty@aol.com
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

Manual Service

**Ally Financial**
P.O. Box 380901
Bloomington, MN 55438

**Balboa Capital Corporation**
575 Anton Blvd. 12th Fl
Costa Mes, CA 92626

**Chrysler Capital**
P.O. Box 961278
Fort Worth, TX 76161

**Credit One Bank**
P.O. Box 98875
Las Vegas, NV 89193

**FCI Lender Services, Inc.**
P.O. Box 27370
Anaheim, CA 92809

**Goodleap, LLC**
8781 Sierra College Blvd.
Roseville, CA 95661

**Nationstar Mortgage, LLC**
8950 Cyprus Waters Blvd.
Coppell, TX 75019

**Thd/Citibank**
P.O. Box 6497
Souix Falls, SD 57117

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                           F 9013-3.1.PROOF.SERVICE