Michael R. Totaro 102229
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272
310 804 2157 (v)
Ocbkatty@aol.com

Attorneys for Debtor In Possession

# IN THE UNITED STATES BANKRUPTCY COURT

# CENTRAL OF CALIFORNIA RIVERSIDE DIVISION

| | |
|---|---|
| IN RE<br><br>RICHARD GONZALEZ, | Case No. 6:24-bk-15353-SY<br><br>**Chapter 11**<br><br>**Motion to be Relieved as General Insolvency Counsel for Debtor in Possession and Allow Debtor to Substitute in, In Pro Per**<br><br>[No Hearing Requested]<br>LBR 9013(p)(4) |

TO THE HONORABLE COURT, THE UNITED STATES TRUSTEE, RICHARD GONZALEZ DEBTOR IN POSSESSION AND ALL INTERESTED PARTIES:

Michael R. Totaro, Maureen J. Shanahan and Totaro & Shanahan, LLP (collectively referred to as Totaro) counsel for Debtor in Possession Saeed Ghafoori ("Debtor") hereby moves, pursuant to LBR 2091-1(a)(1), LBR 2091-1(b), and LBR 9013-1(p)(4), for an order relieving Michel R. Totaro and Totaro & Shanahan as counsel for Debtor. The relevant local rules are as follows:

**LBR 2901-1: WITHDRAWAL**

 **(a) Motion for Withdrawal or Substitution:** Except as provided in LBR 2091-1(b), a motion filed under LBR 9013-1(p) is required for:

  **(1) Withdrawal without Substitution:** An attorney who has appeared on behalf of an entity or individual in any manner concerning the administration of the case in one or more proceedings, to withdraw as counsel;

***

 **(b) Notice.**

  An attorney who has appeared on behalf of an entity or individual in any manner concerning the administration of the case must give notice of the proposed substitution or motion for leave to withdraw to the debtor, the United States trustee, any case trustee, any committee appointed in the case, and counsel for any of the following:

**LBR 9013-1. Motion Practice and Contested Matters**

 **(p) Motion and Matters determined with Notice, but without a hearing.**

  (4) Motion to Withdraw as Counsel. LBR 2091-1(a)

 **1. GOOD CAUSE EXISTS FOR THE FIRM'S REQUEST TO BE RELIEVED AS DEBTOR'S COUNSEL HEREIN.**

The basis for counsel's request may be found in the State Bar rule *California Rules of Professional Conduct* Rule 1.16 which governs withdrawal. That section states in pertinent part:

 **1.16 Declining or Terminating Representation:**

 (b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if:

  (4) the client by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively;

2

**(c)** If permission for termination of a representation is required by the rules of a tribunal, a lawyer shall not terminate a representation before that tribunal without its permission.

**(d)** A lawyer shall not terminate a representation until the lawyer has taken reasonable* steps to avoid reasonably* foreseeable prejudice to the rights of the client, such as giving the client sufficient notice to permit the client to retain other counsel, and complying with paragraph (e).

The leading State Bar Opinion, State Bar Opinion 2015-192 severely limits counsel's ability to explain why withdrawal is necessary. While counsel cannot go into the facts underlying the rules without disclosing privileged information which may or may not jeopardize the client's rights there are facts which can be disclosed, at least summarily. Counsel will give as good an explanation as possible without jeopardizing the rights of the Debtor.

Debtor has engaged in post-confirmation actions that severely undermine the estate without consulting counsel prior to acting.

In general, the refusal of a client to accept the lawyer's advice is not generally sufficient justification for permissive withdrawal. However, Rule 1.16 (b)(4) allows withdrawal where the client's conduct "renders it unreasonably difficult for the member to carry out the employment effectively."

In this case Debtor has engaged in conduct that will cost the estate over $100,000. In addition, Debtor has ignored counsel's advice which will likely lead to a default in plan payments or cause Debtor to pay an additional $90,000 he should not have to pay.

With this motion counsel is attaching a signed substitution of attorneys. Debtor has indicated he is prepared to represent himself going forward.

## CONCLUSION

Based on the foregoing, it is respectfully submitted that counsel's motion to be relieved as general insolvency should be granted and Debtor be permitted to substitute into the case in pro per. Also Debtor would substantially benifit from Converting to Ch 7.

1  Dated: November 26, 2025                Totaro & Shanahan, LLP

                                    By: /s/ Michael R. Totaro
                                        Michael R. Totaro

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R. Totaro 102229<br>Totaro & Shanahan, LLP<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br>310 804 2157<br>Ocbkatty@aol.com | |

Attorney for: Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>Richard Gonzalez<br><br>Debtor(s). | CASE NO.: 6:24-bk-15353-SY<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 11 |
|---|---|
| <br>vs.<br>Plaintiff(s),<br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   Richard Gonzalez

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Richard Gonzalez, 27668 Longmeadow Cr. Moreno Valley, CA 92555 323 631 6689

3. New attorney hereby appears in the following matters:    ☒ the bankruptcy case    ☐ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                                    Page 1                                              F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney):*

Date: 11/07/2025

_____
Signature of party

Richard Gonzalez
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 11/07/2025

/s/ Michael R. Totaro
Signature of present attorney

Michael R. Totaro
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 11/07/2025

See above
_____
Signature of new attorney

Richard Gonzalez. In Pro Per
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 2                                    F 2091-1.SUBSTITUTION.ATTY

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
P.O. Box 789, Pacific Palisades, CA 90272

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/17/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/17/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Richard Gonzalez

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/17/2025 | Michael R Totaro | /s/ Michael R. Totaro |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                Page 3                                F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

P.O. Box 789, Pacific Palisades, CA 90272

A true and correct copy of the foregoing document entitled (*specify*):Motion to Withdraw and Substitute Debtor In pro Per

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 26, 2025 the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On November 26, 2025 i served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Richard Gonzalez

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVEIY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 26, 2025 | Michael R. Totaro | /s/ Michael R. Totaro |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

P.O. Box 789, Pacific Palisades, CA 90272

A true and correct copy of the foregoing document entitled (*specify*): Notice of Status Conference.
**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 16, 2024 the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 16, 2024 i served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Richard Gomez

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVEIY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 16, 2024 | Michael R. Totaro | /s/ Michael R. Totaro |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

ECF Service

- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Everett L Green**    everett.l.green@usdoj.gov
- **Cameron C Ridley**    Cameron.Ridley@usdoj.gov
- **Amitkumar Sharma**    amit.sharma@aisinfo.com
- **Michael R Totaro**    Ocbkatty@aol.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

Manual Service

**Ally Financial**
P.O. Box 380901
Bloomington, MN 55438

**Balboa Capital Corporation**
575 Anton Blvd. 12th Fl
Costa Mes, CA 92626

**Chrysler Capital**
P.O. Box 961278
Fort Worth, TX 76161

**Credit One Bank**
P.O. Box 98875
Las Vegas, NV 89193

**FCI Lender Services, Inc.**
P.O. Box 27370
Anaheim, CA 92809

**Goodleap, LLC**
8781 Sierra College Blvd.
Roseville, CA 95661

**Nationstar Mortgage, LLC**
8950 Cyprus Waters Blvd.
Coppell, TX 75019

**Thd/Citibank**
P.O. Box 6497
Souix Falls, SD 57117

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**